

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-90,750-09

**IN RE JEREL SMITH, Relator**

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. D-1-DC-16-301628 IN THE 147TH DISTRICT COURT FROM TRAVIS COUNTY

*Per curiam*.

### O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus under this Court's original jurisdiction. He contends that he attempted to file an application for a writ of habeas corpus in Travis County on or about July 12, 2022, but that the District Clerk has not filed the application.

Respondent, the District Clerk of Travis County, shall state whether Relator's application has been received, and if so whether it has been filed. If the application was received but not filed, the District Clerk shall state why the application was not filed. *See* TEX. CODE CRIM. PROC. ARTS. 2.21(a)(1), 11.07 §3(b). This motion for leave to file will be held. Respondent shall comply with this order within thirty days from the date of this order.

Filed: September 14, 2022
Do not publish